1  **WO**                                                                          KM

2

3

4

5

6                      **IN THE UNITED STATES DISTRICT COURT**

7                          **FOR THE DISTRICT OF ARIZONA**

8

9   Everett Gregory Casteel,              )    No. CV 11-2412-PHX-GMS (MEA)
                                          )
10                  Petitioner,           )    **ORDER**
                                          )
11  vs.                                   )
                                          )
12                                        )
    Charles L. Ryan, et al.,              )
13                                        )
                    Respondents.          )
14                                        )
                                          )
15  _____      )

16          On December 7, 2011, Petitioner Everett Gregory Casteel, who is confined in the

17  Arizona State Prison Complex-Eyman, filed a *pro se* pleading that the Court will construe

18  as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid

19  the $5.00 filing fee or filed an Application to Proceed *In Forma Pauperis*.

20  **I.      Failure to Pay Filing Fee**

21          Rule 3.5(b) of the Local Rules of Civil Procedure requires that "[i]f a habeas corpus

22  petitioner desires to prosecute the petition *in forma pauperis*, the petitioner shall file an

23  application to proceed *in forma pauperis* on a form approved by the Court, accompanied by

24  a certification of the warden or other appropriate officer of the institution in which the

25  petitioner is confined as to the amount of money or securities on deposit to the petitioner's

26  credit."  Rule 3.5(b) also requires payment of the $5.00 filing fee if a petitioner has in excess

27  of $25.00 in his inmate account.

28

**JDDL**

Because Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed *In Forma Pauperis*, Petitioner will be given 30 days from the date this Order is filed to either pay the $5.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* using the form included with this Order.

**II.    Warnings**

    **A.    Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

    **B.    Copies**

Petitioner must submit an additional copy of every filing for use by the Court.  <u>See</u> LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Petitioner.

    **C.    Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    Within 30 days of the date this Order is filed, Petitioner must either pay the $5.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis*.

(2)    If Petitioner fails to either pay the $5.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner.

. . . .

. . . .

1         (3)    The Clerk of Court must mail Petitioner a court-approved form for filing an

2    Application to Proceed *In Forma Pauperis* (Habeas).

3         DATED this 3rd day of January, 2012.

4

5    *A. Murray Snow*
                              

6                      G. Murray Snow
            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| _____, ) | ) | |
| Petitioner, ) | ) CASE NO. _____ | |
| ) | | |
| vs. ) | | |
| ) | APPLICATION TO PROCEED | |
| _____, ) | *IN FORMA PAUPERIS* | |
| Respondent(s). ) | BY A PRISONER | |
| _____) | (HABEAS) | |

      I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

      In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently employed at the institution where you are confined?   **G**Yes    **G**No
     If "Yes," state the amount of your pay and where you work. _____
     _____
     _____

2.  Do you receive any other payments from the institution where you are confined?  **G**Yes    **G**No
     If "Yes," state the source and amount of the payments. _____
     _____
     _____

3.   Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?                                                         **G**Yes        **G**No

If "Yes," state the sources and amounts of the income, savings, or assets.  _____

_____

_____

I declare under penalty of perjury that the above information is true and correct.

_____                    _____

          DATE                                                     SIGNATURE OF APPLICANT

CERTIFICATE OF CORRECTIONAL OFFICIAL
AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
        (Printed name of official)

The applicant's trust account balance at this institution is:  $_____.

_____
DATE                 AUTHORIZED SIGNATURE                TITLE/ID NUMBER                INSTITUTION